**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: K.A.J.P., A MINOR : No. 86 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
PETITION OF: J.P., MOTHER :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.